IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 16-CR-30127-02-MJR |
| CHARLES A. WILLIAMS, | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**ACCEPTING DEFENDANT'S GUILTY PLEA**

REAGAN, Chief Judge:

On September 1, 2017, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Williams (one of two Defendants charged in this case) entered a guilty plea to Count 1 of the indictment – charging that he conspired to make, utter, or possess counterfeit securities in violation of 18 U.S.C. 371.

By Report and Recommendation dated September 1, 2017 ("R&R," Doc. 37), Judge Wilkerson recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein.

The parties were given an opportunity to object to the R&R. That deadline (**September 18, 2017**) elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the R&R (Doc. 37), **ACCEPTS** Defendant Williams' guilty plea, and **ADJUDGES** Defendant Williams guilty of the offense set forth in the indictment to which he pled guilty herein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. **SENTENCING** shall proceed at <u>**9:00 a.m. on December 8, 2017.**</u>

The Court **SETS** the following important deadlines. Any sentencing memorandum must be filed no later than 14 days before the sentencing hearing. Any response to a sentencing memorandum must be filed no later than 7 days before the sentencing hearing. If a party intends to present live testimony at the sentencing hearing, a notice identifying the witness(es) and summarizing the nature and anticipated length of the testimony must be filed no later than 14 days before the sentencing hearing.

Finally, **this case remains pending as to Defendant Kenneth Rogers**. In a June 2017 status report, the United States (the Government) advised that Rogers is a fugitive whom law enforcement is actively endeavoring to locate and arrest. In August 17, 2017 and September 5, 2017 Orders (Docs. 31 and 38), the undersigned directed the Government to file another status report as to Defendant Rogers by November 17, 2017,

unless developments prior to that date warrant earlier filing.  The **November 17, 2017** status report deadline remains in place.

    IT IS SO ORDERED.

    DATED September 19, 2017.

                                          s/ *Michael J. Reagan*
                                          MICHAEL J. REAGAN
                                          United States District Judge